KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AM PARTICIPATIONS S.A.S. and INDISUMO GROUP S.A.S., <br><br> Plaintiffs, <br><br> vs. <br><br> DIVISION 7, LLC and SMUGGLER HOLDINGS LLC, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-07633 (PSG) (JPRx) <br><br> The Hon. Philip S. Gutierrez <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> Trial Date:   November 4, 2021 |

30660-00002/749182.1

The Court has reviewed the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion for Summary Judgment") of Defendants Division 7, LLC and Smuggler Holdings LLC (collectively, "Defendants") to the Second Amended Complaint of Plaintiffs AM Participations S.A.S. and Indisumo Group S.A.S. (collectively, "Plaintiffs").

The Court, having fully considered all papers and evidence filed in support of and opposition to the Motion for Summary Judgment (except that evidence to which objections have been made and sustained by the Court), and after fully considering such issues, finds that there is no genuine dispute as to any material fact and that Defendants are entitled to summary judgment on the following causes of action set forth in Plaintiffs' Second Amended Complaint on the following grounds:

1. Plaintiffs' First Cause of Action for False Designation of Origin (15 U.S.C. § 1125(a)) has no merit because Plaintiffs cannot establish any trademark rights in the claimed DIVISION trademark that are superior to Division7's rights in its registered DIVISION7 trademark;

2. Plaintiffs' Second Cause of Action for Common-Law Trademark Infringement and Unfair Competition has no merit because Plaintiffs cannot establish any trademark rights in the claimed DIVISION trademark that are superior to Division7's rights in its registered DIVISION7 trademark;

3. Plaintiffs' Third Cause of Action for Unfair Competition under California Business & Professions Code §§ 17200, et seq. has no merit because Plaintiffs cannot establish any trademark rights in the claimed DIVISION trademark that are superior to Division7's rights in its registered DIVISION7 trademark;

4. Plaintiffs' Fourth Cause of Action for Cancellation of Trademark Registration under Lanham Act § 2(d) (15 U.S.C. § 1052(d), 1064, 1119) has no merit because Plaintiffs cannot establish any trademark rights in the claimed DIVISION trademark that are superior to Division7's rights in its registered DIVISION7 trademark; and

5.  Plaintiffs' Fifth Cause of Action for Declaratory Judgment of Noninfringement and No Unfair Competition (15 U.S.C. §§ 1114, 1125(a), California Common Law, and California Business & Professions Code §§ 17200 *et seq.*) has no merit because Plaintiffs cannot establish any trademark rights in the claimed DIVISION trademark that are superior to Division7's rights in its registered DIVISION7 trademark.

IT IS HEREBY ORDERED THAT Defendants' Motion for Summary Judgment is GRANTED in its entirety.

DATED: _____

_____
The Honorable Phillip S. Gutierrez
United States District Judge

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

30660-00002/749182.1

3

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR,
IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT