KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AM PARTICIPATIONS S.A.S. and INDISUMO GROUP S.A.S., | Case No. 2:20-cv-07633 (PSG) (JPRx) |
| | The Hon. Philip S. Gutierrez |
| Plaintiffs, | |
| vs. | **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS DIVISION 7, LLC AND SMUGGLER HOLDINGS LLC** |
| DIVISION 7, LLC and SMUGGLER HOLDINGS LLC, | |
| Defendants. | Trial Date:       November 4, 2021 |
| AND RELATED COUNTERCLAIM. | |

30660-00002/749200.1

JUDGMENT IN FAVOR OF DEFENDANTS

The Court has reviewed the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion for Summary Judgment") of Defendants Division7, LLC and Smuggler Holdings, LLC (collectively, the "Defendants") as to all claims for relief filed against Defendants in the Second Amended Complaint of Plaintiffs AM Participations S.A.S. and Indisumo Group S.A.S. (collectively, "Plaintiffs"). The Court having fully considered all papers and evidence filed in support of and opposition to the Motion for Summary Judgment, and, after fully considering such issues, having rendered a decision to grant the Motion for Summary Judgment in its entirety,

IT IS HEREBY ORDERED AND ADJUDGED THAT

1. Plaintiffs shall take nothing by reason of their Second Amended Complaint against Defendants;

2. Neither of the Plaintiffs has acquired common-law rights in the DIVISION mark which have priority over the rights claimed by Defendants in their DIVISION7 mark;

3. Plaintiffs' Second Amended Complaint is dismissed with prejudice; and

4. Defendants shall recover their costs to be determined according to proof and may apply for their attorneys' fees.

DATED: _____

_____
The Honorable Phillip S. Gutierrez