# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AM PARTICIPATIONS S.A.S. and INDISUMO GROUP S.A.S., <br><br>Plaintiffs, <br><br>v. <br><br>DIVISION 7, LLC and SMUGGLER HOLDINGS LLC, <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIM. | CASE NO.  2:20-cv-07633-PSG (JPRx) <br><br>***[PROPOSED]* JUDGMENT AND ORDER IN FAVOR OF PLAINTIFFS AND COUNTERCLAIM DEFENDANTS AM PARTICIPATIONS S.A.S. AND INDISUMO GROUP S.A.S. AND COUNTERCLAIM DEFENDANT PRETTYBIRD, LLC,** <br><br>**[L.R. 56-1]** <br><br>Date:           October 8, 2021 <br>Time:          1:30 p.m. <br>Courtroom:  6A <br><br>Complaint Filed:  August 21, 2020 <br>Trial Date:          November 4, 2021 |

WEST/295795507

[PROPOSED] JUDGMENT

The Court has reviewed the Motion for Summary Judgment ("Motion for Summary Judgment") of Plaintiffs-Counterclaim Defendants AM Participations S.A.S., Indisumo Group S.A.S. and Counterclaim Defendant Prettybird LLC as to all claims for relief filed by Plaintiffs against Defendants Division7, LLC and Smuggler Holdings LLC ("Defendants") in Plaintiffs' Second Amended Complaint and all claims for relief filed by Defendants against Plaintiffs and Prettybird LLC in Defendants' Counterclaims. The Court, having fully considered all papers and evidence filed in support of and in opposition to the Motion for Summary Judgment, and having fully considered the issues, and having rendered a decision granting the Motion for Summary Judgment in its entirety,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The Court has jurisdiction over the parties, jurisdiction over the subject matter hereof, and authority to grant the relief granted by this Final Judgment pursuant to 15 U.S.C. §§ 1064, 1116, 1117, 1119, and 1125(a) and 28 U.S.C. §§1331, 1338, 1367, and 2201;

2. Plaintiffs shall have judgment against Defendants on each of the First through Fourth Causes of Action alleged in the Second Amended Complaint;

3. Plaintiffs are the exclusive owners of the DIVISION mark in the United States when used in connection with film and video production services, including production of music videos, advertising, commercials, and promotion, and the DIVISION mark is a valid and protectable common-law mark;

4. Plaintiffs' rights to the DIVISION mark in the United States are prior and senior to any rights claimed by Defendants in the DIVISION7 mark for film and video production services;

3. Due to the similarities in the DIVISION and DIVISION7 marks, the fact that Plaintiffs and Defendants use their marks for the same services, and other factors recited in the Court's decision, Defendants' past and continued use of the

DIVISION7 mark for film and video production services, including production of music videos, advertising, commercials, and promotion, is likely to cause confusion or mistake, or to deceive, as to the affiliation, connection or association of Defendants with Plaintiffs or as to the origin, sponsorship or approval of Defendants' services or commercial activities.  Such use therefore violates Plaintiffs' rights under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and California Business & Professions Code § 17200, and is trademark infringement and unfair competition under the common law of the State of California;

4. Unless enjoined by the Court, Defendants' use of the DIVISION7 mark will cause Plaintiffs continuing irreparable injury which cannot be remedied by monetary damages.  The balance of hardships favors the entry of a permanent injunction in this case, as does the public interest in being free from confusion in the marketplace;

5. Defendants, their agents, servants, employees and all persons in active concert and participation with them who receive actual and those acting in concert and participation with them, are hereby permanently restrained and enjoined from further infringing upon the DIVISION mark, either directly or contributorily, in any manner, including making further use in any form of the DIVISION7 mark (including "divisionseven" or variations thereof), or any other mark, designation, name, symbol or logo that is a copy or colorable imitation of, incorporates, or is confusingly similar to the DIVISION mark, to identify Defendants' film and video production services, including production of music videos, advertising, commercials, and promotion ("Services"), and specifically from:

(a) Using the DIVISION7 mark (including "divisionseven" or variations thereof) in connection with the offering, promotion or sale of Services;

(b) Using the DIVISION7 mark (including "divisionseven" or variations thereof) in a domain name, website URL, e-mail address, social media

handle, treatment, credit, publicity, application to any competition or membership organization, or in any printed, electronic, and audiovisual material;

   (c) Applying to register the DIVISION7 mark, or any other reproduction, counterfeit, copy, or colorable imitation of the DIVISION mark as a mark, business name, domain name, keyword or any other designation with any governmental authority or Internet registry; and

   (d) Knowingly assisting, inducing, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in Paragraphs 5(a) to (d) above.

  The relief in this paragraph 5 shall become effective 30 (thirty) days from the date of entry of this Order to permit Defendants to adopt a new mark for their Services and to destroy, erase, or alter material containing the DIVISION7 mark without undue burden.  Defendants shall provide notice to clients and professional contacts of their change of mark during this period;

  6. United States Trademark Registration No. 5,646,949 for DIVISION7 is hereby cancelled, pursuant to 15 U.S.C. §§ 1064 and 119.  The director of the United States Patent and Trademark Office is hereby directed to make entry on the Principal Register reflecting that this registration has been cancelled;

  7. Defendants' Counterclaims are hereby dismissed with prejudice against Plaintiffs and Counterclaim Defendant Prettybird LLC; and

  8. Plaintiffs shall recover their costs of the action to be determined according to proof and may apply for an award of their reasonable attorney's fees upon proof thereof and that the case is exceptional within the meaning of 15 U.S.C. § 1117(a).

  9. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof, and sanctions for any violations thereof.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Date: |
| 4 | _____  _____ |
| | Hon. Philip S. Gutierrez |
| 5 | Judge, United States District Court |

4
PROPOSED JUDGMENT IN FAVOR OF PLAINTIFFS-COUNTERCLAIM DEFENDANTS

WEST/295795507